RITA KATANOVA, Appellant, v EASTERN METALWORKS, INC., et al., Respondents. (And a Third-Party Action.) [868 NYS2d 903]—

In order to vacate the dismissal of this action, the plaintiff was required to demonstrate a reasonable excuse for her default in opposing the defendant's motion, in effect, to vacate an order dated September 8, 2006, and a meritorious opposition to that

motion (see *Raciti v Sands Point Nursing Home,* 54 AD3d 1014 [2008]; *Simpson v Tommy Hilfiger U.S.A., Inc.,* 48 AD3d 389 [2008]; *Joseph v GMAC Leasing Corp.,* 44 AD3d 905 [2007]). Here, the plaintiff failed to meet her burden. Rivera, J.P., Florio, Angiolillo, McCarthy and Chambers, JJ., concur.